

October 24, 2014

**Bindu Krishnasamy**
212-915-5891 (direct)
Bindu.Krishnasamy@wilsonelser.com

*VIA ECF*

United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Attn:   Honorable Judge James Orenstein
United States Magistrate Judge

Re:   George Abella v.   Steve Madden, Ltd et al.
Docket No.    :   14-cv-5282 (SJ) (JO)
Our File No.  :   <u>13885.00006</u>

Dear Judge Orenstein:

We represent the defendants in the captioned matter. We write pursuant to your Honor's September 30, 2014 Order directing the parties to meet and confer prior to defendants engaging in any Rule 12 motion practice vis-à-vis plaintiff's complaint. The parties have met and conferred, and as a result, plaintiff hereby requests the Court's consent to amend his complaint on or before October 28, 2014 to: (1) remove defendant Steve Madden Retail, Inc. as a named defendant as this entity was not plaintiff's employer; and; (2) to amplify and/or clarify his discrimination claim. Defendants propose to answer or otherwise respond to plaintiff's amended complaint on or before November 18, 2014. The parties have executed a stipulation to this effect (enclosed), and respectfully request that the Court grant the parties' request and so-Order the stipulation. Plaintiff also respectfully requests that the Court impose another meet and confer requirement prior to defendants making any Rule 12 pre-answer motions to dismiss, and defendants respectfully object, as plaintiff will have already amended his complaint once as a matter of course, and any further amendments should require leave of the Court.

We thank the Court for its attention to this matter.

Respectfully Submitted,

**Wilson, Elser, Moskowitz, Edelman & Dicker LLP**

s/Bindu Krishnasamy

1133 Westchester Avenue • White Plains, NY 10604 • p 914.323.7000 • f 914.323.7001
150 East 42nd Street • New York, NY 10017 • p 212.490.3000 • f 212.490.3038

Albany • Baltimore • Boston • Chicago • Connecticut • Dallas • Denver • Garden City • Houston • Kentucky • Las Vegas • London • Los Angeles • Miami
Milwaukee • New Jersey • New York • Orlando • Philadelphia • San Diego • San Francisco • Virginia • Washington, DC • West Palm Beach • White Plains
Affiliates: Berlin • Cologne • FrankFurt • Munich • Paris

wilsonelser.com

6397890v.1



cc: Walker G. Harman, Jr., Esq. (via ECF)
Owen H. Laird, Esq. (via ECF)
Hon. Sterling Johnson, Jr., USDJ (via ECF)

6397890v.1