| | |
|---|---|
| UNITED STATES DISTRICT COURT | CIVIL CONFERENCE |
| EASTERN DISTRICT OF NEW YORK | MINUTE ORDER |

| | | | |
|---|---|---|---|
| BEFORE: | JAMES ORENSTEIN | DATE: | 11/5/2014 |
| | U.S. MAGISTRATE JUDGE | TIME: | 2:00 p.m. |

*George Abella v. Steven Madden Ltd. et al.*
14-CV-5282 (SJ) (JO)

TYPE OF CONFERENCE: Telephone

APPEARANCES:    Plaintiff       Walker G. Harman, Jr., Owen H. Laird

                Defendants    Bindu Krishnasamy, Elizabeth D. H. Sing

SCHEDULING: The initial conference will be held on December 19, 2014, at 11:30 a.m.

SUMMARY: The defendants' counsel reiterated on the record that named defendant Steve Madden Retail, Inc. is not a proper party to this action, and the transcript of the conference will thus serve as written confirmation of that representation (as will this minute order). On that basis, the parties agreed to execute a stipulation to dismiss with prejudice defendant Steve Madden Retail, Inc. pursuant to Federal Rule of Civil Procedure 41. I respectfully direct the parties to file the stipulation by November 12, 2014.

                                                            SO ORDERED

                                                            _____/s/_____
                                                            JAMES ORENSTEIN
                                                            U.S. Magistrate Judge