UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------x
GEORGE ABELLA,

                              Plaintiff,

                     v.

STEVEN MADDEN, LTD and STEVEN
MADDEN RETAIL, INC.

                        Defendants.
---------------------------------------------------------------------x

Docket No. 14 CV 5282 (SJ) (JO)

**STIPULATION OF
DISCONTINUANCE WITH
PREJUDICE**

       **IT IS HEREBY STIPULATED BY AND BETWEEN** the undersigned counsel for the parties that the above-captioned action is hereby discontinued with prejudice against defendant **STEVEN MADDEN RETAIL, INC.** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

       **IT IS FURTHER STIPULATED AND AGREED** that a faxed signature of counsel is herein provided as if an original.

Dated: New York, New York
       November 7, 2014

**THE HARMAN FIRM, PC**
Attorney for Plaintiff
1776 Broadway, Suite 2030
New York, New York 10019
(212) 425-2600

By: _____
     Owen H. Laird, Esq.

Dated: New York, New York
       November 7, 2014

**WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP**
Attorneys for Defendants
150 E. 42nd Street
New York, New York 10017
(212) 490-3000

By: _____
     Elizabeth D. Ho Sing, Esq.

**SO ORDERED:**

_____
Magistrate Judge James Orenstein

Dated: _____, 2014

6422107v.1